UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Lisa Dismont, | : |
| | : Civil Action No.: 3:09-cv-01157-VLB |
| Plaintiff, | : |
| v. | : |
| | : |
| Allied Interstate, Inc., | : |
| | : |
| Defendant. | : |

NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated September 22, 2009

                                          Respectfully submitted,

                                          PLAINTIFF, Lisa Dismont

                                          /s/ Sergei Lemberg

                                          Sergei Lemberg, Esq.
                                          Juris No.: 425027
                                          **LEMBERG & ASSOCIATES L.L.C.**
                                          1100 Summer Street, 3rd Floor
                                          Stamford, CT 06905
                                          Telephone: (203) 653-2250
                                          Facsimile:  (877) 795-3666
                                          slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2009, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg

Sergei Lemberg